## Siegel, Cooper & Co. v. Henry Schueck et al.

1. GARNISHMENT—*Necessity of a Judgment.*—In garnishment proceedings there must be a judgment upon which an execution can issue against the judgment debtor.

Garnishment.—Appeal from the Circuit Court of Cook County; the Hon. FRANK BAKER, Judge, presiding. Heard in this court at the October term, 1895. Reversed and remanded. Opinion filed October 31, 1895.

A. BINSWANGER and ELMER E. JACKSON, attorneys for appellant.

CRATTY BROS., MACLAREN, JARVIS & CLEVELAND, attorneys for appellees.

MR. JUSTICE SHEPARD DELIVERED THE OPINION OF THE COURT.

This appeal is from a judgment recovered in a garnishment proceeding against the appellant upon a certain alleged judgment against the appellees in favor of Edward A. Prior & Co.

However gratifying it might be to discuss all the questions urged upon us there is one vital error insisted upon by appellant to which we must, in the press of a large docket, confine ourselves.

The record is absolutely bare of any evidence of the alleged judgment upon which the garnishment purports to be founded. This is fatal. There must be a judgment upon which execution can issue against the judgment debtor. Gilcreest v. Savage, for use, etc., 44 Ill. 56; Pierce v. Wade, 19 Ill. App. 185; McNeill v. Donohue, 44 Ill. App. 42. The judgment of the Circuit Court is reversed and the cause remanded.